

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 8, 2022

**By Email**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

The Clerk is directed to unseal the
Complaint for this Defendant.

SO ORDERED.

CATHY SEIBEL, U.S.D.J.
6/9/2022

Re:  *United States v. Jahlil King*, 21 Mag. 8982

Dear Judge Seibel,

In light of the arrest and indictment of the defendant Jahlil King in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:_____/s/_____
Nicholas S. Bradley/Jennifer N. Ong
Assistant Unites States Attorney
(914) 993-1962/-1926