AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Jahlil King | Case No: 22-CR-315 (CS)<br>USM No: 65105-509 |
| Date of Original Judgment: 10/19/2022<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Mr. King's Pre-Sentence Report shows that he accrued 9 criminal history points based on his prior convictions. With the 2 levels added for committing the instant offense while on parole, he got 2 more points under USSG 4A1.1(d), for a total of 11, which put him in Criminal History Category ("CHC") V. If he were sentenced today, he would not get 2 points for committing the instant offense while on parole, but under USSG 4A1.1(e) he would get 1 point for having 7 or more points and committing the instant offense while on parole. That would give him 10 points and he would remain in CHC V. Because a sentence reduction is not permitted based on an amendment to the Guidelines unless the amendment has the effect of lowering the defendant's Guideline range, and Mr. King's range is the same after the amendment as before, he is not eligible for a reduction.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/01/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Cathy Seibel, U.S.D.J.
*Printed name and title*